## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** California - Northern

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 5:23-cv-02389-PCP

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 05/16/2023

Date of judgment or order you are appealing: 02/27/2024

Docket entry number of judgment or order you are appealing: 30

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Successfulmatch.com, Defendant

Is this a cross-appeal?   ○ Yes   ● No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ● No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:      State:      Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Mark T. Cramer, Esq.      **Date** 03/25/2024

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Successfulmatch.com, Defendant

Name(s) of counsel (if any):

> Mark T. Cramer, Buchalter APC
> Robert M. Dato, Buchalter, APC
> Jessica M. Hawk, Buchalter, APC

Address: 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017-1730

Telephone number(s): (213) 891-0700

Email(s): mcramer@buchalter.com; rdato@buchalter.com; jhawk@buchalter.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Michael Massel, Plaintiff

Name(s) of counsel (if any):

> Leah M. Beligan, Beligan Law Group, LLP
> Jerusalem F. Beligan, Beligan Law Group, LLP

Address: 19800 MacArthur Blvd., Ste. 300, Newport Beach, CA 92612

Telephone number(s): (949) 224-3881

Email(s): lmbeligan@bbclawyers.net; jbeligan@bbclawyers.net

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 6**                                    1                          *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Michael Massel, Plaintiff

Name(s) of counsel (if any):
Michael L. Fradin, Fradin Law

Address: 8401 Crawford Ave., Ste. 104, Skokie, IL 60076

Telephone number(s): (847) 986-5889

Email(s): mike@fradinlaw.com

Name(s) of party/parties:
Michael Massel, Plaintiff

Name(s) of counsel (if any):
James L. Simon, Simon Law Co.

Address: 5000 Rockside Road Liberty Plaza, Ste. 520, Independence, OH 44131

Telephone number(s): (216) 816-8696

Email(s): james@simonsayspay.com

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**  2  *New 12/01/2018*